HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER K. LOUIS, | ) | Case No:  1:10-cv-00656-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, February 23, 2011 in which to e-file his Opening Brief.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 24, 2011 | */s/DANIEL P. TALBERT*<br>DANIEL P. TALBERT<br>Special Assistant U.S. Attorney |
| Dated: January 24, 2011 | */s/HARVEY P. SACKETT*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ALEXANDER K. LOUIS |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  January 24, 2011 | /s/ Sandra M. Snyder |
| | UNITED STATES MAGISTRATE JUDGE |

2

STIPULATION AND ORDER