HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER K. LOUIS, | ) | Case No:  1:10-cv-00656-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (7) days up through and including Wednesday, March 2, 2011 in which to e-file his Opening Brief.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 17, 2011                      */s/DANIEL P. TALBERT*
                                        DANIEL P. TALBERT
                                        Special Assistant U.S. Attorney


Dated: February 17, 2011                      */s/HARVEY P. SACKETT*
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        ALEXANDER K. LOUIS


IT IS SO ORDERED.

Dated:  February 17, 2011                     /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER